UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOLENZA CARSON,

       Plaintiff,

Vs.                                CASE NO: 3:17-CV-79-MCR/CJK

G4S SECURE SOLUTIONS (USA) INC.

       Defendant

## MEDIATION REPORT

The undersigned reports to the court that the parties mediated this case on November 7, 2017 and amicably resolved all issues between them. This matter is now settled.

DATED this 8th day of November, 2017.

_____
DOMINIC M. CAPARELLO
Messer Caparello, P.A.
Post Office Box 15579
Tallahassee, Florida 32308
(Mediator)

Copies furnished:
Counsel of Record